IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 AUG -3 A 11: 17

CLERK

RUSSELL BUSBY,

Petitioner,

vs.

CIVIL ACTION NO.: CV207-080

WARDEN, SOUTHEAST
PROBATION DETENTION CENTER.

Respondent.

## ORDER

Petitioner, an inmate at the Southeast Probation Detention Center in Claxton, Georgia, filed this action under 28 U.S.C. § 2254, contesting a sentence imposed in the Superior Court of Glynn County, Georgia. By Order dated July 10, 2007, Petitioner was given twenty (20) days to advise the Court whether he contends that he has exhausted the remedies available to him in this State. Petitioner was advised that if he did not adequately demonstrate exhaustion of his available state remedies, this motion for habeas relief would be dismissed, without prejudice.

Petitioner has failed to respond to the Court's Order. Accordingly, the motion for habeas relief is **DISMISSED**, without prejudice. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 3rd day of August, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA